**DISMISS; and Opinion Filed February 4, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00574-CV

**DR. GLEN HURLSTON, Appellant**
**V.**
**CITY OF PRINCETON, TX, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-00051-2013**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Brown
Opinion by Justice Fillmore

Appellant's brief in this case is overdue. By postcard dated August 14, 2014, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Robert M. Fillmore/
ROBERT M. FILLMORE
140574F.P05                                JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DR. GLEN HURLSTON, Appellant

No. 05-14-00574-CV      V.

CITY OF PRINCETON, TX, Appellee

On Appeal from the 199th Judicial District Court, Collin County, Texas
Trial Court Cause No. 199-00051-2013.
Opinion delivered by Justice Fillmore.
Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee CITY OF PRINCETON, TX recover its costs of this appeal from appellant DR. GLEN HURLSTON.

Judgment entered this 4th day of February, 2015.